PD-0253-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/24/2014 2:49:25 PM
Accepted 12/29/2014 8:32:53 AM
ABEL ACOSTA
CLERK



# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## PD-0253-14

**KIMBERLY SAENZ, Appellant**

v.

**THE STATE OF TEXAS**

ON DISCRETIONARY REVIEW
FROM THE FOURTH COURT OF APPEALS
ANGELINA COUNTY

# Motion for Rehearing

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, the State of Texas, Appellee in the above styled and numbered cause, by and through its elected District Attorney, and respectfully enters this Motion for Rehearing, pursuant to Rule 79.1, Tex.R.App.Pro., and would show the Court that on December 10, 2014, the Court reversed the judgment of the Court of Appeals, and remanded the case to conduct a harm analysis. This motion for rehearing is timely filed if presented or post-marked on or before December 29, 2014.

Appellee would respectfully show the Court that it erred in the manner in which it resolved the question before the Court. Rehearing should be granted.

## Prayer

WHEREFORE PREMISES CONSIDERED, the State of Texas respectfully prays this Honorable Court will grant its Motion for Rehearing, and upon further review, will affirm the judgment of the Court of Appeals.

Respectfully submitted,

/s/

_____

**Art Bauereiss**
District Attorney
State Bar No. 01921800
eMail: abauereiss@angelinacounty.net
P.O. Box 908
Lufkin, Texas 75901
(936) 632-5090 phone
(936) 637-2818 fax

## Certificate of Compliance and Delivery

This is to certify that: (1) this document, created using WordPerfect™ X7 software, contains 141 words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on December 24, 2014, a true and correct copy of the above and foregoing "Motion for Rehearing" was transmitted via the eService function on the State's eFiling portal, to Robert A. Morrow (ramorrow15@gmail.com), Heather M. Lytle (heather@lytle-law.com) and Amy Martin (amymartinlaw@gmail.com), attorneys of record for Appellant.

/s/

_____

**Art Bauereiss**